```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
 4  Assistant United States Attorney

 5       450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
 6       Telephone: (415) 436-6730
         FAX: (415) 436-7169
 7
    Attorneys for Defendant
 8
                           UNITED STATES DISTRICT COURT
 9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11
    HUIZHEN LI; DEYU LIN; DEJIZHUOGA; )    No. C 09-0189 MHP
12  DUOJIJIANCAI,,                    )
                                      )
13                  Plaintiffs,       )
                                      )
14        v.                          )
                                      )    STIPULATION TO EXTEND TIME TO
15  JANET NAPOLITANO, Secretary,      )    ANSWER
    Department of Homeland Security,* )
16                                    )
                    Defendant.        )
17  _____    )

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28  *Pursuant to Fed. R. Civ. P. 25(d)(1), Janet Napolitano is substituted for her predecessor, Michael
    Chertoff, as Secretary of the Department of Homeland Security.
```

STIPULATION
No. C 09-0189 MHP                         1

On January 15, 2009, Plaintiffs filed the above captioned action. The United States Attorney's Office was served on January 21, 2009. It now appears that this case may be resolved administratively within the next 60 days. Accordingly, pursuant to Civ. L. R. No. 6-1(a), the parties hereby stipulate to extend Defendant's time to answer the Complaint from March 23, 2009, to May 22, 2009.

Dated: March 17, 2009                                          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendant

Dated: March 17, 2009                                          /s/
JUSTIN WANG
Attorney for Plaintiffs



IT IS SO ORDERED
Judge Marilyn H. Patel

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
No. C 09-0189 MHP                                2