JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUIZHEN LI; DEYU LIN; DEJIZHUOGA; DUOJIJIANCAI, <br><br> Plaintiffs, <br><br> v. <br><br> JANET NAPOLITANO, Secretary, Department of Homeland Security, <br><br> Defendant. | No. C 09-0189 MHP <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendant, by and through her attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

///

///

///

///

///

///

///

Stipulation to Dismiss
C09-0189 MHP                                                  1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: July 20, 2009               Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4 |

5 |

6 |                                             /s/
MELANIE L. PROCTOR
Assistant United States Attorney
7 | Attorney for Defendant

8 |

9 | Dated: July 20, 2009                        /s/
JUSTIN X. WANG
10 | Attorney for Plaintiffs

11 |

12 |

13 |                          **ORDER**

14 | Pursuant to stipulation, IT IS SO ORDERED.

15 |

16 | Date:  7/24/2009

IT IS SO ORDERED

Judge Marilyn H. Patel

Stipulation to Dismiss
C09-0189 MHP                              2